IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS JEFF RICHARDSON,<br><br>Defendant. | CR-22-61-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on December 27, 2024. (Doc. 39.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on December 27, 2024 (Doc. 34.) The United States accused Thomas Richardson (Richardson) of violating his conditions of supervised release by: (1) using methamphetamine sometime between October 25, 2024 and November 22, 2024; (2) communicating and interacting with persons he knew were engaged in criminal activity during

November 2024; (3) failing to report to his probation officer as instructed on November 8, 2024; and (4) failing to report to his probation officer as instructed on December 6, 2024.  (Doc. 30.)

At the revocation hearing, Richardson admitted that he had violated the terms of his supervised release by: (1) using methamphetamine sometime between October 25, 2024, and November 22, 2024; (3) failing to report to his probation officer as instructed on November 8, 2024; and (4) failing to report to his probation officer as instructed on December 6, 2024. The government then moved to dismiss allegation (2), which the Court granted.  (Doc. 34.)

Judge Johnston found that the violations Richardson admitted prove serious and warrants revocation of Richardson's supervised release and recommends a term of custody of 3 months, with 33 months of supervised release to follow. Judge Johnston also recommended that during the first 60 days of supervised release, Richardson shall be placed at a secure in-patient substance abuse treatment facility such as Connections Corrections. (Doc. 39.) Richardson was advised of his rights to appeal and allocute to the undersigned.  (Doc. 34.)

The violations prove serious and warrants revocation of Richardson's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 39) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Thomas Jeff Richardson be sentenced to a term of custody of 3 months, with 33 months of supervised release to follow, with the first 60 days of supervised at a secure in-patient substance abuse treatment facility such as Connections Corrections.

DATED this 13th day of January 2025.

_____
Brian Morris, Chief District Judge
United States District Court