**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS JEFF RICHARDSON,<br><br>Defendant. | CR-22-61-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Amended Findings and Recommendations in this matter on October 7, 2026. (Doc. 56.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on October 7, 2026. (Doc. 55.) The United States accused Thomas Richardson (Richardson) of violating the conditions of his supervised release by: (1) failing to participate in substance abuse testing as instructed by his probation officer since January of 2026; (2) failing to follow the instructions of his probation officer by failing to report to his probation officer as instructed; and by: (3) failing to report for substance abuse testing as instructed on September 1, 2026. (Doc. 44 and 52.)

At the revocation hearings Richardson admitted that he had violated the conditions 1-3 of supervised as set forth in the Petitions. (Doc. 47 and 55.) Judge Johnston recommended that Richardson be sentenced to custody until January 7, 2027 with no term of supervised release to follow. (Doc. 56.) Judge Johnston advised Richardson of his right to appeal and allocute before the undersigned. He waived those rights. (Doc. 55.)

The violations Richardson admitted prove serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 56) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Thomas Jeff Richardson be sentenced to custody until January 7, 2027, with no term of supervised release to follow.

DATED this 19th day of October 2026.

Brian Morris, Chief District Judge
United States District Courts